UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VICTOR CRUZ,

    Plaintiff,

v.                                           Case No. 8:09-cv-1030-T-30MAP

LOWE'S HOME CENTERS, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal With Prejudice (Dkt. #11).

Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     The Joint Stipulation for Dismissal With Prejudice (Dkt. #11) is GRANTED.

2.     This cause is dismissed with prejudice.

3.     All pending motions are denied as moot.

4.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 3, 2009.

                                          JAMES S. MOODY, JR.
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-1030.dismissal 11.wpd